**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**John David FLOYD, Defendant–
Appellant.**

No. 04–11010.

D.C. Docket No. 03–00147–CR–S–M.

United States Court of Appeals,
Eleventh Circuit.

April 20, 2005.

Stephen Andrew Strickland, Jaffe, Strickland, Beasley & Drennan, PC, Birmingham, AL, for Defendant–Appellant.

Michael Boysie Billingsley, Miles M. Hart, Joyce White Vance, Sandra J. Stewart, US Attorney's Office, Birmingham, AL, for Plaintiff–Appellee.

Before EDMONDSON, Chief Judge, DUBINA and HULL, Circuit Judges.

## BACKGROUND

PER CURIAM.

John Floyd was charged with five counts of witness tampering in violation of 18 U.S.C. § 1512(b)(1). He was acquitted of Count 1, but a jury found him guilty of the other charges. The Court entered a judgment consistent with the jury verdict. Floyd now appeals on various grounds.

## DISCUSSION

Floyd raises the following issues on appeal: (1) whether the Government failed to present sufficient evidence to support his conviction; (2) whether the district court erred in its instructions to the jury on the elements of the offense, the safe harbor defense, and the meaning of "corruptly persuades" under 18 U.S.C. § 1512(b); (3) whether the district court erred in denying his motion in limine requesting the redaction of portions of his taped conversations referring to race; (4) whether the district court erred in denying his motion for a new trial on grounds the Government's delayed disclosure of information pertaining to a witness violated *Giglio v. United States,* 405 U.S. 150, 92 S.Ct. 763, 31 L.Ed.2d 104 (1972); (5) whether he is entitled to a new trial because of cumulative error; and (6) whether the district court erred in applying the abuse of trust enhancement.

After a review of the record and consideration of Floyd's arguments, we conclude that no reversible error has been presented and affirm the district court's judgment.

AFFIRMED.